UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CINDY LANDRY

VERSUS

JOSE FLORES, JR., ET AL

CIVIL ACTION

NO. 09-955-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 16, 2009 (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Plaintiff's Motion to Remand is DENIED.

Baton Rouge, Louisiana, this 7th day of January, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE